Herbst, Admx. v. Derrick, Appellant.

Argued October 2, 1934.

Before Trexler, P. J., Keller, Cunningham, Baldrige, Stadtfeld, Parker and James, JJ.

*P. Edward Barenkopf,* and with him *Harry Felix,* for appellant.

*Harry Lapensohn,* for appellee.

PER CURIAM, November 22, 1934:
The judgment of the lower court is affirmed on the opinion of Judge PARRY.